**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **(1) DALE L. ASTLE,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**(1) GUARANTY ABSTRACT COMPANY,**<br><br>**Defendant.** | **Case No. 14-CV-043 TCK-FHM** |

**JOINT STIPULATION OF DISMISSAL**

Dale L. Astle (Plaintiff), and Guaranty Abstract Company (Defendant) (hereinafter collectively referred to as the "Parties"), by and through their respective counsel, and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of all claims and causes of action brought in this case by Plaintiff. The Parties further stipulate that they shall each bear their own attorneys' fees and costs.

Dated: October 17, 2014

Respectfully submitted,

**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**

*s/J. Patrick Cremin*
J. Patrick Cremin, OBA #2013
Johnathan L. Rogers, OBA #21341
320 South Boston Avenue, Suite 200
Tulsa, OK 74103-3706
Telephone: (918) 594-0594
Facsimile: (918) 594-0505
Email: pcremin@hallestill.com
Email: jrogers@hallestill.com

**ATTORNEYS FOR DEFENDANT,**

and

**MULINIX OGDEN HALL & LUDLAM, PLLC**

*s/Rand C. Eddy*
Rand C. Eddy, OBA #11822
Riley W. Mulinix, OBA #30654
210 West Park Avenue, Suite 3030
Oklahoma City, OK 73102
Telephone (405) 232-3800
Facsimile (405) 232-8999
Email: rand@lawokc.com
Email: riley@lawokc.com

**ATTORNEYS FOR PLAINTIFF**